Núm. 9.—GUERRERO, querellante, *v.* TRIBUNAL DE CONTRIBUCIONES, ET ALS, querellados.—Original. Desacato. Marzo 18, 1943.

Visto el contenido del escrito titulado ''Notificación sobre cumplimiento de sentencia'' así como la certificación al mismo acompañada, radicados hoy por los querellados Julio N. Matos, Ulpiano Colom y J. E. Soltero, miembros asociados del Tribunal de Apelación de Contribuciones de Puerto Rico, se da por terminado el procedimiento de desacato instado contra dichos querellados por el abogado Diego Guerrero Noble.

Núm. 8526.—SMALLWOOD BROS. INC., aplte. *v.* MEDINA, apldo.; BUSCAGLIA, TES., Interventor, apldo.—C. D. San Juan. Reposesión de bienes, etc. Abril 7, 1943.